# APPENDIX.

## MEMORANDUM DECISIONS.

Memorandum Decisions.

## H. V. TUCKER v. THE CITY NATIONAL BANK OF KANSAS CITY, MISSOURI, *et al.*
### No. 14,943.    (90 Pac. 1134.)

Error from Douglas district court; CHARLES A. SMART, judge.    Opinion filed June 8, 1907.    Dismissed.

*McLaughlin & Messerley,* and *H. V. Tucker,* for plaintiff in error.

*Bishop & Mitchell,* for defendants in error.

*Per Curiam:* There is neither a case-made nor a certified transcript of the record presented in this case.    The motion of the defendants in error is allowed and the action is dismissed.

## JOHN F. SPANGLER *et ux.* v. THE VINSON LAND COMPANY.
### No. 14,952.    (90 Pac. 768.)

Error from Finney district court; WILLIAM EASTON HUTCHISON, judge.    Opinion filed June 8, 1907.    Affirmed.

*R. S. Cone,* and *Frank Doster,* for plaintiffs in error.
*W. R. Hopkins,* and *R. J. Hopkins,* for defendant in error.

*Per Curiam:* The controlling facts of this case are the same as in the case of *Davis v. Land Co.,* 76 Kan. 27, 90 Pac. 766, and for the reasons stated therein the judgment of the district court in this case is affirmed.